This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38402

**REILLY JOHNSON,**

Plaintiff-Appellant,

v.

**NEW MEXICO CORRECTIONS DEPARTMENT, GEO GROUP INCORPORATED, and A GROUP OF NECESSARY-DEFENDANT CORRECTIONS OFFICIALS,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF UNION COUNTY**
**Jeff McElroy, District Judge**

Reilly Johnson
Santa Rosa, NM

Pro Se Appellant

N.M. Corrections Department
Kevin L. Nault
Santa Fe, NM

YLAW, P.C.
April D. White
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED.**

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**